

**Kossoff & Unger**
**Attorneys at Law**

| | | |
|---|---|---|
| Mitchell H. Kossoff | 217 Broadway, Suite 401 | Ranakdevi Chudasama** |
| Sally E. Unger | New York, NY 10007 | Anthony J. Rodriguez, Jr. |
| | Tel: 212 267-6364 | Olga Tzortzatos |
| Lester Breisblatt** | Fax: 212 385-2558 | Dawn R. Myers** |
| Stacie Bryce Feldman | | Daniel Gewirtz |
| | | Zoë Davidson |
| Christina A. Smyth | | Joseph Goldsmith |
| Steven Y. Steinhart | | Rebecca E. Carmen |
| Michael David Nachtome** | | Meredith P. Grasso ** |
| *of counsel | | David J. Patterson* |
| **Also admitted in NJ | | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/9/09

February 4, 2009

*Via: First-Class Mail*

Hon. Thomas P. Griesa
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

RECEIVED
FEB - 6 2009
CHAMBERS OF
JUDGE GRIESA

Re: <u>Tarek Galal v Pax Ventures LLC et al.</u>, Civil Action No. 08 CV 11347

Dear Judge Griesa:

Pursuant to the instruction of your law clerk and your published individual practices, this letter is to advise the Court that the parties have agreed to extend Defendants' time to interpose an answer or otherwise move with respect to the Complaint in the above referenced matter from February 9, 2009 to and including March 4, 2009 or such other date as the court may order. This is the first request for an extension made and does not affect any other scheduled dates.

Respectfully yours,

Joseph S. Goldsmith, Esq.

cc: David Stein, Esq.
SAMUEL & STEIN
Attorneys for Plaintiff
38 West 32nd Street, Suite 1210
New York, New York 10001
Tel: (212) 563-9884
Email: dstein@samuelandstein.com

Approved
Thomas P. Griesa
USDJ
2/9/09